```
               UNITED STATES DISTRICT COURT
                       FOR THE
               MIDDLE DISTRICT OF PENNSYLVANIA

GREGORY GOMEZ,                    :
                                  :
      Plaintiff                   :    No. 1:14-CV-01176
                                  :
   vs.                            :    (Judge Kane)
                                  :
UNITED STATES OF AMERICA,         :
                                  :
      Defendant                   :
```

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion to dismiss Gomez's complaint (Doc. 12) is **GRANTED**.

2. The Clerk of Court shall **CLOSE** this case.

3. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

```
                              S/ Yvette Kane
                            Yvette Kane
                            United States District Judge
```

Date: March 3, 2016